UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 11-7797-DMG (AGRx) | Date | October 17, 2012 |
|---|---|---|---|
| Title | *Lawrence Crane Enterprises, Inc., et al. v. Steve Abrams, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS – ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE STAYED PENDING BANKRUPTCY ACTION**

    On September 17, 2012, a Notice of Bankruptcy Filing By Defendant Steve Abrams was filed indicating that defendant Steve Abrams filed a voluntary petition under Chapter 7 on July 25, 2012 in the United States Bankruptcy Court, Central District of California.  Pursuant to 11 U.S.C. § 362(a), the filing of such petition operates as a stay of "the commencement or continuation . . . of a judicial . . . action or proceeding against the debtor."

    Accordingly, IT IS ORDERED that all parties show cause in writing by October 24, 2012, why this action should not be stayed pending the bankruptcy action of defendant Steve Abrams.

    IT IS SO ORDERED.